Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____Central District Of California_____
                   (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
System Solding (USA) Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names, and *doing business as* names  
_____

**3. Debtor's federal Employer Identification Number (EIN)**  
6 1 – 1 4 3 4 7 3 1

**4. Debtor's address**

**Principal place of business**

18221 S. Susana Road  
Number    Street

_____

Rancho Dominguez    CA    90221  
City                State    ZIP Code

Los Angeles  
County

**Mailing address, if different from principal place of business**

_____  
Number    Street

_____  
P.O. Box

_____  
City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____  
Number    Street

_____

_____  
City                State    ZIP Code

**5. Debtor's website** (URL) _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

| Debtor | System Solding (USA) Inc. | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___  ___  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When ___/___/_____ Case number _____
              MM / DD / YYYY
       District _____ When ___/___/_____ Case number _____
              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
       District _____ When ___/___/_____
                                                     MM / DD / YYYY
       Case number, if known _____

Debtor  System Solding (USA) Inc.                                           Case number (*if known*)_____
         Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                         Number          Street

_____

_____   _____   _____
City                                              State     ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

   Contact name _____

   Phone       _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49                ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99               ☐ 5,001-10,000         ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000        ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☒ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

| Debtor | System Solding (USA) Inc. | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/01/2016
                MM / DD / YYYY

✖ /s/Chunming Li                  Chunming Li
Signature of authorized representative of debtor     Printed name

Title President

**18. Signature of attorney**

✖ /s/James S. Yan            Date 07/01/2016
Signature of attorney for debtor                      MM / DD / YYYY

James S. Yan
Printed name

Law Offices of James S. Yan
Firm name

980 S. Arroyo Parkway, Suite 250
Number      Street

Pasadena           CA      91105
City                    State      ZIP Code

(626) 405-0872          jsyan@msn.com
Contact phone                 Email address

157487            CA
Bar number             State

**Fill in this information to identify the case:**

Debtor name: System Solding (USA) Inc.

United States Bankruptcy Court for the: Central District Of California

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bank of America PO Box 15796 Wilmington, DE19886 | | | | | | $22,897.06 |
| 2 | Bank of America PO Box 15796 Wilmington, DE19886 | | | | | | $18,334.82 |
| 3 | See Attachment 1 Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA94280-0001 | | Taxes and Other Government Debts | | | | $0.00 |
| 4 | Franchise Tax Board Bankruptcy Section, MS: A-340 PO Box 2952 Sacramento, CA95812-2952 | | Taxes and Other Government Debts | | | | $0.00 |
| 5 | Internal Revenue Service PO Box 7346 Philadelphia, PA19101-7346 | | Taxes and Other Government Debts | | | | $0.00 |
| 6 | Los Angeles County Tax Collector PO Box 54110 Los Angeles, CA90054-0110 | | Taxes and Other Government Debts | | | | $0.00 |
| 7 | State Board of Equalization Account Information Group, MIC: 29 P.O. Box 942879 Sacramento, CA94279-0029 | | Taxes and Other Government Debts | | | | $0.00 |
| 8 | | | | | | | |

Debtor  System Solding (USA) Inc.  Case number (*if known*)_____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Attachment
Debtor: System Solding (USA) Inc.     Case No:

Attachment 1

    Employment Development Department

Advantage Leasing
25133 SE 43rd Place, Suite 200
Issaquah, WA 98029


Axis
308 North Locust Street
Grand Island, NE 68801


Bank of America
PO Box 15796
Wilmington, DE 19886


Bank of America
PO Box 15796
Wilmington, AL 19886


Crest
1310 Madrid Street
Marshall, MN 56258


Crossroads Equipment Lease & Financ
9385 Haven Ave.
Rancho Cucamonga, CA 91730


Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Exchange Bank
P.O. BOX 760
Santa Rosa, CA 95402

Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


GBC International Bank
5670 Wilshire Blvd., Suite 1780
Los Angeles, CA 90036


Hitachi Capital America Corp.
800 Connecticut Ave
Norwalk, CT 06854


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Key Equipment
1000 S McCaslin Blvd.
Superior, CO 80027


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110


M2
175 N Patrick Blvd, Suit 140
Brookfield, WI 53045


M2
175 N Patrick Blvd, Suite 140
Brookfield, WI 53045

Macquarie / Huntington
Technology Finance
2285 Franklin Road
Bloomfield Hills, MI 48302


Pacific Capital
3455 S 344th Way, Suite 300
Federal Way, WA 98001


Quick Bridge
333 City Blvd W, Suite 1910
Orange, CA 92868


Royal Bank
550 Township Line Road, Ste 425
Blue Bell, PA 19422


Royal Bank
550 Township Line Road, Ste 425
Blue Bell, PA 19422


State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029


Susquehanna
2 Country View Road, Suite 300
Malvern, PA 19355


TCF
11100 Wayzata Blvd, Suit 801
Minnetonka, MN 55305

Western
P.O. BOX 640
503 Highway 2 West
Devils Lake, ND 58301